TX-10

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In re:                              *
INTERNATIONAL COMPRESSIONS          *
& ENERGY, LP                        *
            Debtor(s)               *   Case No.   06-20176-C-7

## MOTION TO PAY FUNDS INTO THE REGISTRY
## UNDER 11 U.S.C. §347 (A)

The undersigned trustee reports:

☐ The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

☒ More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, *et seq*).

Dated: _10/22/10_             _____
                              Mike Boudloche
                              Chapter 7 Trustee
                              555 N. Carancahua Ste. 600
                              Corpus Christi, TX 78475
                              361/883-5786 FAX 361/883-4381

## CERTIFICATE OF SERVICE

I certify that on this date, I filed a copy of the foregoing Motion, by first class mail, postage prepaid, to the United States Trustee.

Date: 10-22-10

Mike Boudloche, Trustee

TX-10

## EXHIBIT "A"

PLEASE CHECK ONE:

_____    Small Dividends

  XX     Unclaimed Dividends

| Name and Address | Claim No. | | Amount |
|---|---|---|---|
| COASTAL DISTRIBUTION CO.<br>CORPUS CHRISTI, TX 78405 | 11 | $ | 23.47 |
| | | $ | 23.47 |