TX-10

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| INTERNATIONAL COMPRESSIONS | * | |
| & ENERBY, LP | * | |
| Debtor(s) | * | Case No. 06-20176-C-7 |

### ORDER TO PAY FUNDS INTO THE REGISTRY
### UNDER 11 U.S.C. §347 (A)

CAME ON FOR CONSIDERATION, Trustee's motion to Pay Funds into the Court Registry under 11 U.S.C. §347(a), and the Court, having considered the Motion, is of the opinion that the Motion is well taken and the Court further finding that notice of said Motion is not required, it is therefore,

ORDERED that Mike Boudloche, Trustee is authorized to pay the funds in the amount of $ 23.47 as per Exhibit "A", now held by him in the above styled and numbered case, together with any accrued interest thereon, into the registry of the Court.

Upon the Application of the Trustee to Pay Small Dividends or Unclaimed Funds into The Registry of the Court under 11 U.S.C. §347 and Federal Rule of Bankruptcy Procedure 3010, the TRUSTEE is directed to deposit into the registry those funds reflected on the attachment to this order.

This order is signed for the Court by the CLERK under authority of 28 U.S.C. §956 and General Order 2000-3.

SIGNED this day,_____.

MICHAEL N. MILBY, Clerk

by:_____
Deputy Clerk

**EXHIBIT "A"**

PLEASE CHECK ONE:

_____    Small Dividends

  XX      Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| COASTAL DISTRIBUTION CO.<br>CORPUS CHRISTI, TX 78405 | 11 | $ 23.47 |
|  |  | $ 23.47 |